*I, PAM ESTES, Clerk of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Julia Gardner, Plaintiff in the trial court secured an extension of ten (10) days in which to file Appellee's Brief in the following numbered and entitled cause:*

**John Kevin Gardner**

**No. 12-14-00139-CV**                 ***vs.***

**Julia Gardner**

*This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.*

*WITNESS MY HAND and seal of said Court at Tyler, Texas, this 28th day of December 2015, A.D.*

Respectfully yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk